IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



SALAME M. AMR,

    Plaintiff,

v.                            Civil Action No. 3:07cv628

VIRGINIA STATE UNIVERSITY,
et al.,

    Defendants.

### ORDER

By Order entered herein on September 9, 2008 (Docket No. 39), the pending DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Docket No. 35) was referred to Magistrate Judge M. Hannah Lauck for report and recommendation.

Having reviewed the REVISED REPORT AND RECOMMENDATION (Docket No. 49) entered herein on December 23, 2008, the plaintiff's objections thereto (Docket No. 51), and having considered the record and the REVISED REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1) The plaintiff's objections are overruled;

(2) The REVISED REPORT AND RECOMMENDATION is ADOPTED on the basis of the reasoning of the REVISED REPORT AND RECOMMENDATION;

(3) The plaintiff's Urgent Motion for Relief (Docket No. 45) is denied as moot;

(4) The plaintiff's MOTION TO CONTINUE MY CASE (Docket No. 50) is denied as moot;

(5) The plaintiff's MOTION FOR LEAVE COURT [sic] TO FILE AN AMMENDED [sic] COMPLAINT (Docket No. 52) is denied as moot;

(6) The plaintiff's MOTION TO REQUEST SABOPENAS [sic] (Docket No. 53) is denied as moot; and

(7) This action is dismissed with prejudice.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

This Order may be appealed by the Plaintiff. Any appeal from this decision must be taken by filing a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 14, 2009